SEALED

FILED

JUL 1 0 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  ADRIAN KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

IN THE MATTER OF:              CASE NO. 2:19 - MJ 0 1 0 6    CKD
11
MARIO ALBERTO LOPEZ PENA and   [PROPOSED] ORDER RE: REQUEST TO SEAL
12 FRANCISCO MADRIGAL MAGANA     DOCUMENTS

13                              **UNDERSEAL**

14

15                   **SEALING ORDER**

16     Upon application of the United States of America and good cause having been shown,

17     IT IS HEREBY ORDERED that above-referenced case shall be filed under seal and shall not be

18  disclosed to any person, unless otherwise ordered by this Court.

19

20  Dated:  7/10/2019                    _____
21                                       Hon. Carolyn K. Delaney
22                                       U.S. MAGISTRATE JUDGE

23

24

25

26

27

28

SEALING ORDER