UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MARIO ALBERTO LOPEZ PENA,<br><br>            Defendant. | No.  2:19CR00123-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release MARIO ALBERTO LOPEZ PENA;

Case No. 2:19CR00123-KJM, from custody for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

  X   (Other): <u>Time Served; Defendant shall be released on Friday, July 23, 2021 at 11:00 AM to Federal Defender Investigator Charles Gillespie or Assistant Federal Defender Lexi Negin for transportation to Gospel Mission, 1400 Yosemite Blvd., Modesto, CA 95354.</u>

Issued at Sacramento, California on July 22, 2021, at 2:56 pm.

_____
CHIEF UNITED STATES DISTRICT JUDGE