**Cost Analysis 2019 Rays Peak Marijuana Garden**

Eradication

| Officer | | Gov't Request | **Restitution Awarded** |
|---|---|---:|---:|
| USFS SA Bolen | July 8, 2019 eradication | 438.82 | 621.66 |
| USFS SA Laudenslager | July 8, 2019 eradication | 500.4 | 708.9 |
| USFS SA Frick | July 8, 2019 eradication | 578.04 | 818.89 |
| USFS LEO Odell | July 8, 2019 eradication | 391.04 | 553.97 |
| USFS LEO Brown | July 8, 2019 eradication | 356.6 | 505.18 |
| CADFW Warden Powell | July 8, 2019 eradication | 750 | 0 |
| CADFW Warden Galwey | July 8, 2019 eradication | 750 | 0 |
| CADFW Warden Horne | July 8, 2019 eradication | 750 | 0 |
| TCSO Sgt. Trujillo | July 8, 2019 eradication | 983.11 | 0 |
| TCSO Dep. Pedrotti | July 8, 2019 eradication | 641.24 | 0 |
| TCSO Dep. Rist | July 8, 2019 eradication | 510 | 0 |
| TCSO Rob Barcellona | July 8, 2019 eradication | 251.4 | 0 |
| CAMP (personnel, helicopter, pilot costs) | July 8, 2019 eradication | | |
| | | | |
| IERC preliminary env. Assessment | July 8 & 11 labor, travel, lab costs | 6684 | 5,347.20 |
| | | | |
| Final costs of Reclamation | IERC personnel | 700 | 700 |
| | TCSO personnel | 500 | 0 |
| | CADFW personnel | 500.00 | 0 |
| | Contracted reclamation team | 6,272 | 6,272 |
| | USFS helicopter team | 8,340 | 1,042.50 |
| | Helicopter Rental (+pilot and fuel) | 7,000 | 875 |
| | Dumptruck driver | 800 | 100 |
| | Dumptruck | 2,000 | 250 |
| | Refuse Disposal | 270 | 135 |
| | | | |
| | **Total** | **39,966.65** | **$17,930.30** |