UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ALBERTO LOPEZ PENA,<br><br>Defendant. | No. 2:19-CR-00123-KJM<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release MARIO ALBERTO LOPEZ PENA; Case No. 2:19-CR-00123-KJM, from custody for the following reasons:

\_\_Release on Personal Recognizance

\_\_Bail Posted in the Sum of $

    \_\_ Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

 _X_ (Other): Time served as of August 9, 2022, to be released no later than 9:00 AM.

Issued at Sacramento, California on  8/8/22 , at  2:40 pm

_/s/ Kimberly J. Mueller_
Kimberly J. Mueller
United States District Judge