UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ALBERTO LOPEZ PENA,<br><br>Defendant. | No. 2:19-CR-00123-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release MARIO ALBERTO LOPEZ PENA;

Case No. 2:19-CR-00123-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

__X__ (Other): <u>Time served as of August 15, 2023, to be released ~~no later than~~ at 9:00 AM to a staff member of the Federal Defender's Office.</u>

Issued at Sacramento, California on ___8/14/23___, at ___9:12 a.m.___

_/s/ Kimberly J. Mueller_
Kimberly J. Mueller
United States District Judge